# Court of Appeals
# of the State of Georgia

ATLANTA, October 02, 2025

*The Court of Appeals hereby passes the following order:*

## A26A0350. ARLETHA HILL v. SER CLEAN, INC.
## A26A0351. ARLETHA HILL v. SER CLEAN, INC.

These related appeals were docketed in this Court on September 5, 2025, and the initial briefs of Appellant were due on September 25, 2025. To date, however, Appellant has not filed an appellate brief in either of these cases. Therefore, due to Appellant's failure to timely file briefs and enumerations of errors, these appeals are hereby DISMISSED. See Court of Appeals Rule 16 (b) and Rule 23 (a).



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,* 10/02/2025

   *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

   *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*